Geoffrey M Davis (214692)
gdavis@cmbg3.com
CMBG3 LAW P.C.
620 Newport Center Drive, Suite 250
Newport Beach, California 92660
Telephone: (949) 467-9500
Facsimile: (949) 377-3355

JS-6

Attorneys for Defendant
Armstrong International, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLIE WASHINGTON JR.**, <br><br> Plaintiff, <br><br> vs. <br><br> **AIR & LIQUID SYSTEMS CORPORATION** *(sued individually and as successor-in-interest to* BUFFALO PUMPS, INC.), et al., <br><br> Defendants. | Case No.: 2:25-cv-04581-JFW-JCx <br><br> Assigned to: Judge John F. Walter <br><br> (Removed from Los Angeles County Superior Court Case No. 25STCV0492) <br><br> **ORDER IMMEDIATELY REMANDING TO STATE COURT THE REMOVED ACTION** <br><br> Complaint Filed: February 21, 2025 <br> Notice of Removal Filed:   May 21, 2025 <br> Trial Date: Not yet set |

COMES NOW THE UNDERSIGNED JUDGE OF THIS COURT:

Pursuant to the STIPULATION BETWEEN PLAINTIFFS AND REMOVING DEFENDANT TO IMMEDIATELY REMAND TO STATE COURT, filed on June 18, 2025.

It is hereby ORDERED that the above-referenced Stipulation is GRANTED. The above-captioned case is hereby REMANDED immediately to the Superior Court of the State of California, County of Los Angeles.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: June 18, 2025

_____
The Honorable John F. Walter,
Judge, United States District Court
Central District of California

1